IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MERIDIAN CITIZENS MUTUAL INSURANCE COMPANY,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) No. 3:09-cv-516-JPG-DGW ) ) |
| **MICHAEL W. BROWN, DALE BROADWAY, and CARMEN BROADWAY,** | ) ) ) |
| **Defendants.** | ) |

## JUDGMENT

This matter having come before the Court, the defendants having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case, including costs, is entered in favor of plaintiff Meridian Citizens Mutual Insurance Company and against defendants Michael W. Brown, Dale Broadway and Carmen Broadway;

IT IS FURTHER DECLARED that:

• Plaintiff Meridian Citizens Mutual Insurance Company has no duty or obligation under Meridian Citizens Mutual Insurance Company policy numbered FO4464131 to defend defendant Michael W. Brown in Cause No. 09 L 11 brought in the Circuit Court of the 2nd Judicial Circuit, White County, Illinois.

**NANCY J. ROSENSTENGEL, Clerk of Court**

Date: December 7, 2009            s/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**